

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

June 9, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/12/2015 3:36:16 PM
CHRISTOPHER A. PRINE
Clerk

FRANKLIN BYNUM
ATTORNEY OF RECORD
2814 HAMILTON STREET
HOUSTON, TX 77004

Defendant's Name: MARCOS JESUS ITURBE

Cause No: 1424596

Court: 230TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 6/1/15
**Sentence Imposed Date:** 4/30/15
**Court of Appeals Assignment: Fourteenth Court of Appeals**
**Appeal Attorney of Record:** FRANKLIN BYNUM
Motion for New Trial  6/1/15

Sincerely,

L. CHARLES
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

TRISH MATTHEWS (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

**Filed 15 June 01 P2:39**
**Chris Daniel - District Clerk**
**Harris County**
**FAX16139215**

1424596

| | |
|---|---|
| The State of Texas | In the 230th District Court of |
| v. | Harris County, Texas |
| Marcos Iturbe | |

## NOTICE OF APPEAL

Marcos Iturbe gives notice of appeal of his conviction.

Respectfully,

Bynum Law Office                        Franklin Bynum
2814 Hamilton Street                    Texas Bar Number 24069451
Houston, Texas 77004                    Harris County SPN 02464241
(713) 343-8844                          fgb@lawfgb.com

 

Cause No. *1424594*

| | |
|---|---|
| THE STATE OF TEXAS | IN THE *230* DISTRICT COURT |
| v. | COUNTY CRIMINAL COURT AT LAW NO. ____ |
| *Marcos Iturbe*, Defendant | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- ☐ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- ☒ the defendant has waived the right of appeal.

_____  **FEB 1 3 2015**
Judge

_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

_____
Defendant's Counsel

Mailing Address: **FILED**
Telephone number: ____
Fax number (if any): ____
Time: ____

Chris Daniel
District Clerk

FEB 1 3 2015

Harris County, Texas
By_____ Deputy

State Bar of Texas ID number: *007(3541)*
Mailing Address: *1400 McSlade*
Telephone number: *(2) 865-2281*
Fax number (if any): *(7) 861-5161*

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD

MNJ
6/1/16

14t6

Court **250th**  8-28-15  Cause No. **1454596**

### The State of Texas
Vs
**Hurbe, Marcos Jesus**

**Date Notice Of Appeal:** 4-30-15  06/01/2015

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Brad Hart

**Court Reporter** _____

**Court Reporter** Trish Matthews

**Court Reporter** _____

**Attorney on Trial** Ralph Alvarez

**Attorney on Appeal** Franklin Bynum

**Appointed** ≠  **Hired** X

**Offense** Agg Sex Assault Child under 14

**Jury Trial:** Yes_____  No X

**Punishment Assessed** 46 yrs

**Companion Cases (If Known)** n/a

**Amount of Appeal Bond** 0

**Appellant Confined:** Yes X  No_____

**Date Submitted To Appeal Section** 6/3/2015

**Deputy Clerk** A. Sanchez

Notice of Appeal Card Rev. 9/84